# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

Jacqueline B. Manecke
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

## REHEARING ACTION: December 17, 2014

**Docket Number: 14   00401-WCA**

**RYAN DIETZ**
**VERSUS**
**LOWE'S HOME CENTERS, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 09-10162**

### BEFORE JUDGES:

   Hon. Sylvia R. Cooks
   Hon. Marc T. Amy
   Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ryan Dietz** has this day been

   **DENIED.**

cc: Maurice Blake Monrose, Counsel for the Appellee